UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| BIDDEFORD INTERNET CORPORATION ) | | |
| D/B/A GREAT WORKS INTERNET ) | | |
| and GWI VERMONT, LLC, ) | | Docket No. 25-cv-745 |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| EAST CENTRAL VERMONT ) | | |
| TELECOMMUNICATIONS DISTRICT, ) | | |
| VERMONT ISP OPERATING COMPANY ) | | |
| COREY KLINCK, ) | | |
| ANDREW OBERHOLZER, and ) | | |
| DOES 1-10 ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**LIST OF EXHIBITS**

**EAST CENTRAL VERMONT TELECOMMUNICATIONS DISTRICT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | February 19, 2025 Letter to Attorney O'Brien |
| 2 | February 11, 2025 Governing Board Meeting Minutes |
| 3 | February 12, 2025 Letter to Great Works Internet |
| 4 | March 11, 2025 Governing Board Meeting Minutes |
| 5 | April 8, 2025 Governing Board's meeting minutes |
| 6 | Relevant Portions of July 29 Hearing |