# EXHIBIT 2

# East Central Vermont Telecommunications District (ECFiber)
## Governing Board Meeting Minutes
**Meeting Date:** February 11, 2025

1. **Call to Order**

   F. X. Flinn called the meeting to order at 7:01pm.

2. **Attendance and Introduction of Guests**

   Jeff Brand called the roll and introduced guests; a quorum was present. See the full attendance record below.

   F. X. Flinn introduced guests: Tom Cecere (GWI Vermont); Mike Wing, and Dan Childs (Treasurer), Gregory Thayer (Vermonters for Vermont), Levi (GWI), Jason (GWI)

3. **Changes to the Agenda**

   None

4. **Public Comments**

   None

5. **Consent Agenda**

   a. **Approval of Minutes from January 14, 2025**
   b. **Technical Fixes to By-laws**

   Irv Thomae moved to approve the consent agenda; seconded by Liane Allen. *Motion passed.*

6. **Operator's Report**

   Tom Cecere provided the operators report for the Board and highlighted:

   a. **Operations**
      - There were 64 net new customers and need to be at 100 consistently; they are working on steps to get back up to that level. There were 112 customers who were activated and 48 disconnects
      - Due to the cold weather, they have not been able to splice or do non-emergency work
      - Staffing: there were multiple finalists for a new corporate controller, which will act as the GWI Finance Director – an offer has been made.

   They will be staffing a full-time sales team with a full-time sales and marketing person and a dedicated tech.
   - Trouble tickets were shockingly low
   - There was a town wide outage in Chelsea due to a generator not kicking in; they have a comprehensive list of all the hubs and backup power situations

   b. **Marketing**
      - There is a new promotion for free $99 installation
      - A soft launch was done on the starter package: 50Mbps speed plus phone

   c. **Construction**
      - Corey will join the Construction Committee meeting this week to talk about the network upgrades
      - The strand has been built in Topsham, there is a hub and generator there – they will start splicing and continue operations there once the weather is warmer. Service will be delivered to Topsham in the spring.
      - They are looking at another hub spot in Corinth this week
      - Make ready is close to being done on the unserved portions in Windsor
      - They are in the midst of upgrading hubs and back haul

   Tom answered questions from the Board around: ECFiber customer service staff, bandwidth limits, and telephone porting.

   F. X. Flinn requested documentation from Tom regarding the customer service staff change and reminded Tom Cecere it needed to be approved by the Governing Board prior to implementation. Irv Thomae understood that GWI Vermont's customer service staff would now be reporting to staff in Maine. Such a change is significant with issues and requires Governing Board approval.

   F. X. Flinn explained the process around bonds, the construction grant process, and funding. They hope the VCBB will consider increasing the amount of money in the construction grant. The construction grant provides $1,300 per drop for locations classified as unserved or underserved. The organization must connect five customers per mile to meet financial goals. Before receiving the grant, eligible locations had to be identified. Funds are reimbursed after connections are verified, but the grant amount is insufficient for full project completion. Additional funding may come from unused ARPA funds or the bond market. Reimbursements help maintain cash flow, with recent approvals adding millions for ongoing projects. Future funding needs will be assessed after an audit, with a report expected by March or April.

7. **Committee Reports**

    a. **Operations and Marketing Committee**
    Liane Allen reported the following additional highlights:
    - Ad series of how-to videos and FAQs are being planned
    - The website sign-up process will change
    - The free installation campaign will run in the new towns: Newbury and Bradford
    - The bundle upsell will trial in Randolph, Royalton, Sharon, and Thetford
    - The newsletter will resume once a month
    - There will be a message twice a month sent to delegate to post on town Listservs
    - Reusable materials are being created
    - There's going to be a pilot of something called "The Stream Team" which will be customer service folks trained to essentially act as a concierge to help people learn how to set up streaming

    b. **Governance and Legal Committee**
    Al Iuppa reminded Board members that the minutes were posted on the website. The focus was on the bylaw change, there was a brief update on the work of the consultants, and F. X. Flinn provided an update on the upcoming CUD Legislative day.

    c. **Construction and Expansion Committee**
    Ed Childs invited members to attend if they are interested in updates on improving the network.

    d. **Finance and Audit Committee**
    F. X. Flinn reported they are deeply involved in the audit, there are weekly stand up meetings to make sure everyone is on the same page. The process is moving along, and they anticipate meeting the audit deadline.

    e. **Executive Committee**
    No updates reported

8. **Chair Reports**

    a. **Grants/Bonds Update**
    F. X. Flinn explained this earlier in the meeting and invited further questions. He aims to return to the bond market to consolidate older high-interest bonds into a single, lower-rate bond.

    b. **Treasurer's Report**

Jeff Brand shared the report online and Dan Childs reviewed financials with the Board. Dan highlighted two errors on the report: duplicate loan payment line item, and interest payment. There was no RDOF grant revenue received. They obtained D&O insurance through the Richard Group for the next year.

Dan will make corrections to the report as necessary.

F. X. Flinn shared online and reviewed the Debt Service Requirements spreadsheet with the Board.

c. **Possible Extension of Operation Agreement (Executive Session)**
Irv Thomae moved to find that an executive session was appropriate for the discussion of contractual matters; seconded by Clare Holland. *Motion carried.*

F. X. Flinn moved to enter executive session which included members of the Governing Board and the Treasurer; seconded by Irv Thomae. *Motion passed without objection.*

*Executive session entered at 8:09pm and exited at 9:09pm.*

The Board returned from executive session, nothing further reported.

9. **Adjournment**

Ian Sears moved to adjourn; seconded by Alan Graham. *The meeting adjourned without objection at 9:10pm.*

**East Central Vermont Telecommunications District (ECFiber)**
**Governing Board**
**Attendance – February 11, 2025**

| Town | Delegate | P | V | Alternate | P | V | Alternate | P | V |
|---|---|---|---|---|---|---|---|---|---|
| Barnard | Dan Leavitt | X | X | Richard Lancaster | X | | Patrick Kell | X | |
| Bethel | Matthew Washburn | X | X | Ian Stewart | X | | | | |
| Bradford | Steven Williams | X | X | Ryan Lockwood | | | Randy Tanenhaus | | |
| Braintree | Joshua Ferris | | | | | | | | |
| Brookfield | Dan O'Brien | | | Bryce Batchman | | | | | |
| Corinth | Ed Childs | X | X | Dick Kelley | | | Maggie Zerhelt | | |
| Chelsea | Jonathan Maier | X | X | Robert Brannon | | | Arthur Edershein | | |
| Fairlee | Peter Berger | | | Denis Lambert | X | X | | | |
| Granville | Richard Poole | X | X | Bruce Hyde | X | | | | |
| Hancock | Scott Gillette | | | Dan Perera | | | | | |
| Hartford | F. X. Flinn | X | X | Jeff Brand | X | | Bob Merrill | | |
| Newbury | Liane Allen | X | X | Chip Conquest | | | | | |
| Norwich | Irv Thomae | X | X | Bob Gere | X | | | | |
| Pittsfield | Herbert Kuendig | | | | | | | | |
| Pomfret | Alan Graham | | | Kristen Esty - resigned | | | Betsy Rhodes | X | X |
| Randolph | Jerry Ward | | | CJ Stumpf | | | Ian Sears | X | X |
| Reading | John Malcolm | | | Gerry Marletta | X | X | | | |
| Rochester | John White | | | | | | | | |
| Royalton | Chris Noble | | | Ken Alton | | | | | |
| Sharon | David Karon | | | Clare Holland | X | X | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stockbridge | Joshua Trudeau | | | Carl Groppe | | | | | |
| Strafford | Stephen Willbanks | X | X | David Webb | | | Andy Behrens | | |
| Thetford | Jim Masland | | | | | | | | |
| Topsham | Rob Rinaldi | X | X | Peter Keene | | | Prentis Pratt | | |
| Tunbridge | Henry Swayze | X | X | Dick Dybvig | X | | | | |
| Vershire | Nate Thames | | | | | | | | |
| Washington | Sandy Edmonds | | | Volney Gordon | | | Erika Butler | X | X |
| W. Fairlee | Stephen Atwood | | | Alan Moats | | | | | |
| W. Windsor | Ken Parrot | X | X | Alessandro Iuppa | X | | | | |
| Windsor | Michael Rice | X | X | Colin Moon | | | Christopher Goulet | | |
| Woodstock | David Brown | | | Chris Miller | X | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| Delegates P/V | 14 | 14 | Member Towns | 31 | |
| Alternates P/V | 15 | 7 | Towns Represented | 21 | |
| Votes total | | 21 | Quorum | Yes | |
| Votes to pass | | 11 | | | |