# EXHIBIT 4

EXHIBIT 4

**East Central Vermont Telecommunications District (ECFiber)**
Governing Board Meeting Minutes
Unapproved Draft minutes
**Meeting Date:** March 11, 2025

1. **Call to Order**

   F. X. Flinn called the meeting to order at 7:02 PM.

2. **Attendance and Introduction of Guests**

   Jeff Brand called the roll and introduced guests; a quorum was present. See the full attendance record below.

   Jeff Brand introduced guests: Adam Gaston, Kerem Durdag, Eric Bowen, Evan O'Brien, Shanna O'Berry, Andra Oberholzer, Toby Long, Alex Rozek, Corey Klink, Jose Aguillo, Dan Childs (Treasurer), Tom Cecere (GWI VT), and Ava Mendenhall.

3. **Changes to the Agenda**

   Removed *Item 8.a. Consideration of Policy Regarding Use of ECFiber Staff* – This item was removed from the agenda as the policy was received back from legal today, and there was insufficient time for distribution.

4. **Public Comments**

   Kerem Durdag, CEO of GWI, objected to proceeding with the chair's report, emphasizing ongoing discussions about renegotiating the operating agreement. He noted that he met with board members on March 6th, with follow-up expected by March 14th. Moving forward now, he warned, could stifle good faith negotiations and harm the relationship between GWI and the board.

   F. X. Flinn reported the Chair's report would have let the Board know that discussions continue with GWI, and there is a meeting on Friday.

   Jim Masland objected to Kerem's objection and added that a report doesn't require any action, information in a report would come out at some point and does not prejudice anything.

   Dan Leavitt has had ECFiber service for 13 years and is happy with it. He requested to have the agenda and documents displayed as they are walked through.

   Alex Rozek, a Woodstock resident and former ECFiber board member, called the District's financing a "miracle," emphasizing the $70 million in bonds that were sold to investors that enabled the network's success. He urged the board to uphold

commitments to investors, ensuring continued great service and the long-term sustainability of the network.

Irv Thomae stated he is unaware of any unkept promises to bondholders.

Alex Rozek continued: A recent consultant presentation to the Governing Board lacked a budget or cost details, which concerned him as a Woodstock resident and ECFiber customer. If bondholders notice discrepancies between proposed actions and original documents, it could lead to a financial crisis.

Irv Thomae expressed astonishment at the interpretation provided. He chose to refrain from further comment.

Dan Childs, a bondholder, was not blown away by the presentation.

F. X. Flinn requested Jeff to schedule a deep dive on the bonds for the July Governing Board meeting, including input from the bond bankers to offer observations.

5. **Approval of Minutes from February 11, 2025**

*The minutes from February 11, 2025 were deemed adopted by unanimous consent.*

6. **Operator's Report**

The written reports were provided to all Board members. Tom Cecere provided the following highlights:

   a. **Operations**
      - There was a consistent number of leads, but many required drops, the new net customers were disappointing
      - Normal number of trouble tickets even with the outages

   b. **Marketing**
      - Multiple programs are running
         - Free Install
         - MyBundle TV

   c. **Construction**
      - Due to colder weather, they actually did 13 miles each month
      - They have shifted from winter to spring
      - There is a potential landlord for the hub in Corinth All teams are focused on Newbury to get the inspections done and grant reimbursement coming in
      - Then the teams will move to Topsham

No questions asked.

7. **Treasurer's Report**

The Treasurer's Report was shared online, Dan Childs overviewed financials with the Board: Credits, Expenses, Revenues, and Bonds. No questions.

8. **Committee Reports**

   a. **Consideration of Policy regarding use of ECFiber staff**
      Removed until the next scheduled meeting.

**Operations and Marketing Committee**
Liane Allen reported there were discussions about marketing to small businesses in Bradford. Concerns were raised about Fidium's marketing materials, as recipients found they were outside the service area which appeared like they were trying to undercut potential sales in those areas.

F. X. Flinn reminded the Board of previous discussions about potentially providing service in CCI's wiring centers, especially where building Fidium doesn't make sense due to low density, particularly in White River Junction and Wilder.

**Construction and Expansion Committee**
Ed Childs reported that Corey will attend the next meeting and provide a major update on his plans and progress to improve the network's resiliency. Ed invited anyone interested to join the next meeting.

**Governance and Legal Committee**
Al Iuppa deferred updates.

**Finance and Audit Committee**
Chris Noble reported that the audit is underway, with a new protocol of a Tuesday standup meeting to ensure no hold-ups or communication issues. Five tasks are being addressed this week, all meeting the Friday deadline.

9. **Chair Report**

F. X. Flinn reported it was a busy month and shared that the executive committee had engaged in productive discussions with GWI, which will continue this week. Nothing was finalized but the developments are positive and welcomed.

Liane Allen moved to find that discussions of contractual matters and advice received from attorneys warranted executive session as premature disclosure may be to the detriment of the District or other parties; seconded by Chris Noble. *Motion passed without objection.*

Irv Thomae moved to enter executive session which included members of the Governing Board, the Treasurer, and Stan Williams; seconded by Dan Leavitt. *Motion passed without objection.*

*Executive session entered at 7:40pm and exited at 8:45pm.*

The Board returned from the executive session. Nothing reported, no actions taken. The next regular meeting will be on the 2nd Tuesday in April.

## 10. Adjournment

David Karon moved to adjourn. *The meeting adjourned without objection at 8:46pm.*

**East Central Vermont Telecommunications District (ECFiber)**
**Governing Board**
**Attendance – March 11, 2025**

| Town | Delegate | P | V | Alternate | P | V | Alternate | P | V |
|------|----------|---|---|-----------|---|---|-----------|---|---|
| Barnard | Dan Leavitt | X | X | Richard Lancaster | | | Patrick Kell | X | |
| Bethel | Matthew Washburn | X | X | Ian Stewart | | | | | |
| Bradford | Steven Williams | X | X | Ryan Lockwood | | | Randy Tanenhaus | | |
| Braintree | Joshua Ferris | | | | | | | | |
| Brookfield | Dan O'Brien | X | X | Bryce Batchman | X | | | | |
| Corinth | Ed Childs | X | X | Dick Kelley | | | Maggie Zerhelt | | |
| Chelsea | Jonathan Maier | X | X | Robert Brannon | | | Arthur Edershein | | |
| Fairlee | Peter Berger | X | X | Denis Lambert | | | | | |
| Granville | Richard Poole | X | X | Bruce Hyde | X | | | | |
| Hancock | Scott Gillette | | | Dan Perera | | | | | |
| Hartford | F.X. Flinn | X | X | Jeff Brand | X | | Bob Merrill | | |
| Newbury | Liane Allen | X | X | Chip Conquest | X | | | | |
| Norwich | Irv Thomae | X | X | Bob Gere | X | | | | |
| Pittsfield | Herbert Kuendig | | | | | | | | |
| Pomfret | Alan Graham | X | X | Kristen Esty - resigned | | | Betsy Rhodes | X | |
| Randolph | Jerry Ward | X | X | CJ Stumpf | | | Ian Sears | X | |
| Reading | John Malcolm | | | Gerry Marletta | | | | | |
| Rochester | John White | | | | | | | | |
| Royalton | Chris Noble | X | X | Ken Alton | | | | | |
| Sharon | David Karon | X | | Clare Holland | X | X | | | |
| Stockbridge | Joshua Trudeau | | | Carl Groppe | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Strafford | Stephen Willbanks | X | X | David Webb | | | Andy Behrens | | | |
| Thetford | Jim Masland | X | X | Tom Monego | X | X | | | | |
| Topsham | Rob Rinaldi | X | X | Peter Keene | | | Prentis Pratt | | | |
| Tunbridge | Henry Swayze | | | Dick Dybvig | | | | | | |
| Vershire | Nate Thames | | | | | | | | | |
| Washington | Sandy Edmonds | | | Volney Gordon | | | Erika Butler | X | X | |
| W. Fairlee | Stephen Atwood | | | Alan Moats | | | | | | |
| W. Windsor | Ken Parrot | X | | Alessandro Iuppa | X | X | | | | |
| Windsor | Michael Rice | X | X | Colin Moon | | | Christopher Goulet | | | |
| Woodstock | David Brown | X | X | Chris Miller | X | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Delegates P/V | 21 | 19 | Member Towns | 31 | |
| Alternates P/V | 13 | 4 | Towns Represented | 22 | |
| Votes total | | 23 | Quorum | Yes | |
| Votes to pass | | 12 | | | |