# EXHIBIT 5

# East Central Vermont Telecommunications District (ECFiber)
## Governing Board Meeting Minutes
**Meeting Date:** April 8, 2025

1. **Call to Order**

   F. X. Flinn called the meeting to order at 7:01 PM.

2. **Attendance and Introduction of Guests**

   Jeff Brand called the roll and introduced guests; a quorum was present. See the full attendance record below.

   Jeff Brand introduced guests: Ryan Long, Adam Gaston, Shanna O'Berry, Evan Foxx, Alex Rozek, Tom Cecere (GWI VT), Dan Childs (Treasurer), and Richard Kay.

3. **Changes to the Agenda**

   The Executive Committee report was moved up in the agenda following the approval of minutes. No objections or additional changes, the agenda was accepted as modified.

4. **Public Comments**

   None

5. **Approval of Minutes from March 11, 2025**

   *The minutes from March 11, 2025 were deemed adopted by unanimous consent.*

6. **Executive Committee Report**

   F. X. Flinn Reported the Executive Committee discussed negotiations with GWI regarding an extension, renewal or rewrite of the existing operating agreement – the Executive Committee recommended that the Governing Board move forward with a plan to make Vermont ISP operating company the operator next year at the expiration of the agreement with GWI.

   Irv Thomae moved to find executive session was warranted for the discussion of contractual matters and receipt of advice of counsel; seconded by Chris Noble. *Motion passed without objection.*

   Ian Sears moved to enter executive session which included members of the Governing Board, ECFiber counsel Ryan Long, and Treasurer Dan Childs; seconded by Liane Allen. *Motion passed without objection.*

**DEFENDANT'S EXHIBIT J**

001

*Executive session entered at 7:14pm and exited at 8:04pm.*

Chris Noble provided background and stated the first motion was going to be to affirm the executive committee's recognition that a second good faith effort to reach agreement with GWI had failed and to affirm the District's notice to GWI on February 19th, 2025 that the District intends to return to the operating model which served the mission of providing broadband to all homes and businesses on the grid in the member towns and the special purpose regional municipality for many years. This return to the ValleyNet model will be completed no later than one January 2026. The District is no longer interested in negotiating any extension of its existing relationship with GWI, which will expire at the end of this year.

Chris Noble moved to remove from further consideration, an extension or renewal of our operating contract with GWI; seconded by Irv Thomae. *Motion carried.*

Chirs Noble reported the reason behind the second motion would be to approve the execution of the memorandum of understanding between the District and VISPO, substantially as presented, which tasks VISPO with preparing to become the design, build, and operating partner of the district, and negotiating the transition with GWI, subject to the approval of the final language by the Executive Committee after legal review.

Chris Noble moved to accept and direct the implementation of the proposed MOU with the VISPO entity to act as our future operator and negotiate the transition with GWI; seconded by Irv Thomae. Roll call vote to affirm pursuit VISPO as Operator. *Motion carried, unanimously.*

| Town | Vote | Town | Vote | Town | Vote | Town | Vote |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Barnard | Y | Granville | Y | Reading | - | Tunbridge | Y |
| Bethel | Y | Hancock | - | Rochester | Y | Vershire | - |
| Bradford | Y | Hartford | Y | Royalton | Y | Washington | Y |
| Braintree | - | Newbury | Y | Sharon | Y | W. Fairlee | - |
| Brookfield | Y | Norwich | Y | Stockbridge | - | W. Windsor | Y |
| Corinth | Y | Pittsfield | - | Strafford | Y | Windsor | Y |
| Chelsea | - | Pomfret | Y | Thetford | - | Woodstock | Y |

**002**

| Fairlee | Y | Randolph | Y | Topsham | Y | Yay | 22 |
|---------|---|----------|---|---------|---|-----|----|
|         |   |          |   |         |   | Nay | 0  |

**7. Operator's Report**

Tom Cecere delivered the report to all Board members and highlighted the following updates:

   a. **Operations**
   - March performance was average, impacted by weather; 60+ aerial drops repaired
   - Ice storm caused over 80 drops, all fixed, with significant efforts in Pomfret
   - Pomfret required rebuilding, with temporary fixes on trees
   - 14 Pomfret customers to receive half-month bill credit due to outages
   - Trouble tickets higher than usual due to the weather
   - Finance team fully staffed with Glenn Baker onboarding quickly

   b. **Marketing**
   - Three campaigns active: Free installation, My Bundle upsell, and Starter Bundle
   - Newbury campaign utilized mailers and door hangers
   - Recruitment ongoing for stream team coordinator role
   - Community events planned for spring to boost engagement
   - New website with AI chat nearing phase one launch
   - AI chat tested to ensure human access

   c. **Construction**
   - Newbury hub lease signed
   - Minor redesign needed for Newbury hub
   - Strand work completed in Topsham, ongoing in Washington
   - Weather delayed Newbury construction, with repair teams focused on storm damage
   - Teams under pressure to complete FSAs for state reimbursement

Tom Cecere invited members that are interested in more details to join the Operations, Marketing, or Construction Committees to drill down into more facts and figures.

**8. Treasurer's Report**

**003**

Treasurer Dan Childs presented the financial report, highlighting a $454.35 credit from the Vermont unclaimed property recovery. Revenue reached $1.078 million, with standard expenses noted.

Dan answered questions from the Board around: loan entries, fund allocations/returned to District, RDOF and LymeFiber credits.

9. **Committee Reports**

   F. X. Flinn opened the floor for Committee reports and updates.

   **Finance and Audit Committee**
   Chris Noble reported the audit was on track despite early issues, with GWI and auditors resolving outstanding items. Completion is due by May.

   **Operations and Marketing Committee**
   Liane Allen reported three active campaigns: Free installation, MyBundle upsell, and the Starter Bundle. The Newbury campaign used mailers and door hangers, and there is a stream team coordinator role position open. Community events will start. The new website is launching, which will include an AI helper chat.

10. **Chair Report**

    F. X. Flinn announced progress with the FCC and USAC to finalize the New Hampshire RDOF build out, eliminating the need for a costly letter of credit, which was previously $15,000 annually with US Bank. They also opted against spending $4,000-$5,000 on legal fees for a waiver, as the $20,000 monthly cost is manageable short-term.

    Standard & Poor's requested a rating review, targeting April 30 which aligns with the audit. A meeting is set for April 10, and they're working to meet S&P's needs while clarifying their own timeline.

    In Vermont, two bills—one on customer rights and a $15/month internet plan—stalled. The $15 plan is tough with $45 per-customer costs. VCUDA seeks a stakeholder group to explore internet subsidies, and a proposed open meeting law amendment could ease in-person meeting requirements for CUDs, reflecting widespread electronic meeting use.

    F. X. Flinn expressed gratitude for the grassroots efforts.

11. **Adjournment**

    David Karon moved to adjourn; seconded by Clare Holland. *The meeting adjourned without objection at 8:46pm*

**004**

**East Central Vermont Telecommunications District (ECFiber)**
**Governing Board**
**Attendance – April 8, 2025**

| Town | Delegate | P | V | Alternate | P | V | Alternate | P | V |
|---|---|---|---|---|---|---|---|---|---|
| Barnard | Dan Leavitt | X | X | Richard Lancaster | X | | Patrick Kell | X | |
| Bethel | Matthew Washburn | X | X | Ian Stewart | | | | | |
| Bradford | Steven Williams | X | X | Ryan Lockwood | | | Randy Tanenhaus | X | |
| Braintree | Joshua Ferris | | | | | | | | |
| Brookfield | Dan O'Brien | X | | Bryce Batchman | X | X | | | |
| Corinth | Ed Childs | | | Dick Kelley | X | | Maggie Zerhelt | | |
| Chelsea | Jonathan Maier | | | Robert Brannon | | | Arthur Edershein | | |
| Fairlee | Peter Berger | X | X | Denis Lambert | | | | | |
| Granville | Richard Poole | X | X | Bruce Hyde | X | | | | |
| Hancock | Scott Gillette | | | Dan Perera | | | | | |
| Hartford | F.X. Flinn | X | X | Jeff Brand | X | | Bob Merrill | | |
| Newbury | Liane Allen | X | | Chip Conquest | X | X | | | |
| Norwich | Irv Thomae | X | X | Bob Gere | X | | | | |
| Pittsfield | Herbert Kuendig | | | | | | | | |
| Pomfret | Alan Graham | X | X | Kristen Esty - resigned | | | Betsy Rhodes | X | |
| Randolph | Jerry Ward | X | X | CJ Stumpf | X | | Ian Sears | X | |
| Reading | John Malcolm | | | Gerry Marletta | | | | | |
| Rochester | John White | X | X | | | | | | |
| Royalton | Chris Noble | X | X | Ken Alton | X | | | | |
| Sharon | David Karon | X | | Clare Holland | X | X | | | |

**005**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stockbridge | Joshua Trudeau | | | Carl Groppe | | | | | | |
| Strafford | Stephen Willbanks | | | David Webb | X | X | Andy Behrens | | | |
| Thetford | Jim Masland | | | Tom Monego | | | | | | |
| Topsham | Rob Rinaldi | X | X | Peter Keene | | | Prentis Pratt | | | |
| Tunbridge | Henry Swayze | | | Dick Dybvig | X | X | | | | |
| Vershire | Nate Thames | | | | | | | | | |
| Washington | Sandy Edmonds | X | | Volney Gordon | | | Erika Butler | X | X | |
| W. Fairlee | Stephen Atwood | | | Alan Moats | | | | | | |
| W. Windsor | Ken Parrot | X | X | Alessandro Iuppa | X | | | | | |
| Windsor | Michael Rice | X | X | Colin Moon | | | Christopher Goulet | | | |
| Woodstock | David Brown | | | Chris Miller | X | X | | | | |

| | | | | |
|---|---|---|---|---|
| Delegates P/V | 18 | 14 | Member Towns | 31 |
| Alternates P/V | 19 | 7 | Towns Represented | 22 |
| Votes total | | 21 | Quorum | Yes |
| Votes to pass | | 12 | | |

**006**