# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Biddeford Internet Corporation

       v.                                      Case No. 2:25-cv-745

GWI Vermont, LLC, et al

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Wednesday, October 15, 2025 in Rutland, Vermont, before the Honorable Mary Kay Lanthier, District Judge, for a hearing on Motion on Motion for Preliminary Injunction (Doc. No. 3).

| | |
|---|---|
| Location: Main Courtroom, 2nd Floor | JEFFREY S. EATON, Clerk |
| | By: */s/ Jessica Millington* |
| | Deputy Clerk |
| | 10/6/2025 |

TO:

Harvey J. Wolkoff, Esq.
Evan J. O'Brien, Esq.

Ryan M. Long, Esq.
Evan K. Barquist, Esq.
Francis J. DiMora, Esq.
Kevin A. Lumpkin, Esq.

Sunnie Donath, Court Reporter