REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Biddeford Internet Corporation, et al

      v.                              Case No. 2:25-cv-745

East Central Vermont Telecommunications District, et al

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Wednesday, October 15, 2025 in Rutland, Vermont, before Honorable Mary Kay Lanthier, District Judge, for a hearing on the Motion for Preliminary Injunction (Doc. No. 3).

| | |
|---|---|
| Location: Main Courtroom, 2nd Floor | JEFFREY S. EATON, Clerk |
| *Revised only to correct defendants listed in caption* | By: */s/ Sharrah J. LeClair*<br>Deputy Clerk<br>10/7/2025 |

TO:

Harvey J. Wolkoff, Esq.
Evan J. O'Brien, Esq.

Ryan M. Long, Esq.
Evan K. Barquist, Esq.
Francis J. DiMora, Esq.
Kevin A. Lumpkin, Esq.

Sunnie Donath, Court Reporter